**[dntcclm]** [Notice of Claim]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                                      Case No. 3:15−bk−04888−PMG
                                                                                            Chapter 7

Todd A. Owens

_____Debtor(s)_____/        NOTICE OF CLAIM FILED BY TRUSTEE

TO:

Collins Asset Group
c/o Pollack & Rosen P.A.
806 Douglas Road
South Tower, Ste. 200
Miami, FL 33134

   Notice is given pursuant to Fed. R. Bank. P. 3004 that the Trustee filed a claim on your behalf in the above captioned matter on April 20, 2016, in the amount of $106,770.48.

         Dated April 21, 2016.

                                            Lee Ann Bennett, Clerk of Court
                                            300 North Hogan Street Suite 3−150
                                            Jacksonville, FL 32202

         Copies furnished to:
         Debtor
         Debtor's Attorney
         Trustee
         Collins Asset Group
         c/o Pollack & Rosen P.A.
         806 Douglas Road
         South Tower, Ste. 200
         Miami, FL 33134